**Juan ORTEGA–BALTAZAR, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 08–70036.

United States Court of Appeals, Ninth Circuit.

Submitted June 9, 2008.*

Filed June 18, 2008.

Juan Ortega–Baltazar, Santa Ana, CA, pro se.

CAC–District Counsel, Esq., Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, OIL, DOJ— U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: REINHARDT, BERZON and M. SMITH, Circuit Judges.

## MEMORANDUM **

This is a petition for review of the Board of Immigration Appeals' ("BIA") order denying petitioner's motion to reopen.

We review the BIA's denial of a motion to reopen for abuse of discretion. *See Cano–Merida v. INS*, 311 F.3d 960, 964 (9th Cir.2002).

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Here, the BIA did not abuse its discretion in denying petitioner's motion to reopen based on his United States citizen child's recent enrollment in a special program for excelled students. *See* 8 C.F.R. § 1003.2(c)(1).

Accordingly, respondent's unopposed motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam).

All other pending motions are denied as moot. The temporary stay of removal and voluntary departure confirmed by Ninth Circuit General Order 6.4(c) and *Desta v. Ashcroft,* 365 F.3d 741 (9th Cir.2004), shall continue in effect until issuance of the mandate.

**PETITION FOR REVIEW DENIED.**